1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL LOPEZ,
        Plaintiff,
    v.
JOHN DOE,
        Defendant.

Case No. 19-cv-02930-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. No. 6

Plaintiff Manuel Lopez has failed to comply with the Court's order to file a complete application to proceed *in forma pauperis* (IFP) or pay the filing fee. The IFP application lacks a properly completed Certificate of Funds (the one filed is unsigned) and a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Lopez may move to reopen. Any such motion <u>must</u> contain the two documents described above. If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them. The present complaint is wholly deficient in that respect. The current complaint states only this as a claim: "I need someone to investigate the use of satelite [*sic*] technology against me."

Lopez's IFP application is DENIED as insufficient. (Dkt. No. 6.) The Clerk shall enter judgment in favor of defendant, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**
**Dated:** August 20, 2019



WILLIAM H. ORRICK
United States District Judge